UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FREDRICK DAVID WERTMANN, III, in his individual capacity and as the Personal Representative of the ESTATE OF JULIE JANE WERTMAN; and the ESTATE OF JULIE JANE WERTMAN,<br><br>                Plaintiffs,<br><br>  v.<br><br>HOFFMANN-LA ROCHE, INC., a New Jersey corporation; ROCHE DIABETES CARE, INC., a Delaware corporation; and DOE DEFENDANTS 1-5,<br><br>                Defendants. | NO: 2:16-CV-0193-TOR<br><br>ORDER DISMISSING DEFENDANT HOFFMANN-LA ROCHE, INC. |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal Re: Hoffmann-La Roche (ECF No. 7).  The parties stipulate and agree that Defendant Hoffmann-La-Roche, Inc. shall be dismissed from this case without prejudice and without costs to either party.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

ORDER DISMISSING DEFENDANT HOFFMANN-LA ROCHE, INC. ~ 1

**ACCORDINGLY, IT IS ORDERED:**

1. Defendant Hoffmann-La Roche, Inc. is **DISMISSED without prejudice** and without costs to either party.

2. The District Court Executive shall enter this order, terminate Defendant Hoffmann-La Roche, Inc. from this matter, and provide copies to counsel.

Dated August 2, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING DEFENDANT HOFFMANN-LA ROCHE, INC. ~ 2