UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FREDRICK DAVID WERTMAN III, in his individual capacity and as the Personal Representative of the ESTATE OF JULIE JANE WERTMAN; and the ESTATE OF JULIE JANE WERTMAN,<br><br>Plaintiffs,<br><br>v.<br><br>HOFFMANN-LA ROCHE, INC., a New Jersey corporation; ROCHE DIABETES CARE INC., a Delaware corporation; and DOE DEFENDANTS 1-5,<br><br>Defendants. | NO: 2:16-CV-0193-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 22). The parties represent that this matter should be dismissed without

ORDER OF DISMISSAL ~ 1

prejudice and without costs to either party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' motion, this matter is **DISMISSED** without prejudice and without costs to either party.

2. All pending motions are **DENIED as moot** and all hearing dates stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** May 31, 2017.



THOMAS O. RICE
Chief United States District Judge